| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER |
|---|
| Neil B. Klein, SBN 142734 |
| neilk@mckassonklein.com |
| McKASSON & KLEIN LLP |
| 18401 Von Karman Ave., Suite 330 |
| Irvine, CA 92612 |
| (949) 724-0200 |

ATTORNEY(S) FOR: Plaintiff Crnogorska Plovidba A.D. Kotor

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CRNOGORSKA PLOVIDBA A.D. KOTOR | CASE NUMBER: |
|---|---|
| Plaintiff(s), | |
| v. | |
| GLOBAL AMERICAN TRANSPORT LLC | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Plaintiff CRNOGORSKA PLOVIDBA A.D. KOTOR or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| CRNOGORSKA PLOVIDBA A.D. KOTOR | Plaintiff |
| GLOBAL AMERICAN TRANSPORT LLC | Defendant |

September 5, 2024                         Neil B. Klein
Date                                      Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff Crnogorska Plovidba A.D. Kotor