1  Neil B. Klein, SBN 142734
2  Maria del Rocio Ashby, SBN 206282
   neilk@mckassonklein.com
3  mrashby@mckassonklein.com
   McKASSON & KLEIN LLP
4  18401 Von Karman Ave., Suite 330
5  Irvine, CA 92612
   Phone: (949) 724-0200
6  Fax:    (949) 724-0201
7  Attorneys for Plaintiff CRNOGORSKA
   PLOVIDBA A.D. KOTOR
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| CRNOGORSKA PLOVIDBA A.D. KOTOR,<br><br>　　　Plaintiff,<br><br>　vs.<br><br>GLOBAL AMERICAN TRANSPORT LLC,<br><br>　　　Defendant,<br><br>and<br><br>INMOTION HOSTING, INC.; BANK OF AMERICA, N.A.,<br><br>　　　Garnishees. | Case No.<br><br>IN ADMIRALTY<br><br>**PLAINTIFF'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT** |

　　Plaintiff Crnogorska Plovidba A.D. Kotor ("Kotor"") states it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

//

//

//

//

| | | |
|---|---|---|
| 1 | Date: September 5, 2024 | Respectfully submitted, |

/s/ Neil B. Klein
Neil B. Klein
Maria del Rocio Ashby
McKasson & Klein LLP
Attorneys for Plaintiff Crnogorska
Plovidba A.D. Koto


/s/ J. Stephen Simms
J. Stephen Simms
Simms Showers LLP
201 International Circle
Baltimore, Maryland 21030
443-290-8704
jssims@simmsshowers.com
[*Pro hac vice* application forthcoming]