**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| CRNOGORSKA PLOVIDBA A.D. KOTOR,<br><br>    Plaintiff,<br><br>  vs.<br><br>GLOBAL AMERICAN TRANSPORT LLC,<br><br>    Defendant,<br><br>  and<br><br>INMOTION HOSTING, INC.; BANK OF AMERICA, N.A.,<br><br>    Garnishees. | Case No.<br><br>IN ADMIRALTY, Fed. R. Civ. P. 9(h)<br><br>**[PROPOSED] ORDER AUTHORIZING ISSUANCE OF PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT** |

The Court, having reviewed Plaintiff Crnogorska Plovidba A.D. Kotor's *Ex Parte* Application for Issuance of Process of Maritime Attachment and Garnishment and for related relief, together with the Verified Complaint and the attorney declaration averring that Defendant Global American Transport LLC cannot be found in the Central District of California, and finding that the conditions of Supplemental Rule B for Certain Admiralty and Maritime Claims of the Federal Rules of Procedure ("Rule B") appear to exist, it is hereby:

**ORDERED**, that the Clerk of this Court is authorized to issue pursuant to Supplemental Rule B, as detailed in the Verified Complaint, Process of Maritime Attachment and Garnishment for all assets, cash, funds, credits, wire transfers, accounts, letters of credit, electronic fund transfers, freights, sub-freights, charter hire, sub-charter hire, or any other tangible and/or intangible assets belonging to, due, claimed by, being held for or on behalf of, or being transferred for the benefit of Defendant, including, but not limited to any such assets as may be in the possession, custody or control of, or being transferred through any garnishee within this District, and said Order being equally applicable with respect to the issuance and service of additional writs of maritime attachment and garnishment upon any garnishees in this District not named herein, pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure; and it is further,

**ORDERED**, that any person claiming an interest in the property attached or garnished pursuant to said Order shall, upon application to the Court, be entitled to a prompt hearing at which the Plaintiff shall be required to show why the garnishment or attachment should not be vacated or other relief granted; and it is further,

**ORDERED**, that supplemental or further writs of maritime attachment and garnishment may be issued by the Clerk upon application without further Order of the Court; and it is further,

**ORDERED**, that following initial service of a writ of maritime attachment and garnishment on any Garnishee, supplemental service of maritime attachment and garnishment writs on that Garnishee and related papers may be made by way of facsimile transmission or email to each such Garnishee and, it is further,

**ORDERED**, that service on any Garnishee as described above is deemed continuous throughout the day from the time of such service through the opening of the Garnishee's business the next business day; and, it is further,

**ORDERED**, that pursuant to Federal Rule of Civil Procedure 5(b)(2)(D), each Garnishee may consent, in writing, to accept service by any other means; and it is further,

**ORDERED**, that Neil B. Klein of McKasson & Klein LLP, or any third-party process server who is authorized to serve legal process under California law, each over 18 years of age and not a party to the action, is hereby appointed to act as special process server to effect service of the Process of Maritime Attachment and Garnishment and Verified Complaint in this action and to effect service of any supplemental process in this matter, in addition to the United States Marshal; and it is further,

**ORDERED**, that any property attached or garnished pursuant to this Order may be released from seizure without further order of the Court, as long as the garnishee receives written authorization for the release from the attorney who requested the attachment and garnishment, which written authorization shall state that all parties in the Action have conferred through their counsel and consent to the request for release, and provided that the Court has not entered an order modifying the procedure for release of property attached pursuant to this Order; and it is further,

**ORDERED**, that a copy of this Order be served with each said writ of maritime attachment and garnishment; and, it is further,

**ORDERED** that to afford an opportunity for an expeditious hearing of any objections which might be raised by Defendants, or any Garnishee, a hearing may be set by calling the case manager of the undersigned judge.

**IT IS SO ORDERED**.

Date: September ___ , 2024.

_____
United States District Court Judge