**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| CRNOGORSKA PLOVIDBA A.D. KOTOR,<br><br>    Plaintiff,<br><br>  vs.<br><br>GLOBAL AMERICAN TRANSPORT LLC,<br><br>    Defendant,<br><br>and<br><br>INMOTION HOSTING, INC.; BANK OF AMERICA, N.A.,<br><br>    Garnishees. | Case No.<br><br>IN ADMIRALTY<br><br><br>**PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT**<br><br>[Fed. R. Civ. P. Supp. Rule B(1)] |

**TO GARNISHEE: Inmotion Hosting, Inc.**

**WHEREAS**, on September 5, 2024, Plaintiff Crnogorska Plovidba A.D. Kotor filed a Verified Complaint in the United States District Court for the Central District of California, for amounts alleged due and owing said Plaintiff by Defendant Global American Transport LLC, for the sum of **USD $1,757,542.35**, and praying for process of maritime attachment and garnishment against the property of said Defendant pursuant to Supplemental Rule B for Certain Admiralty and Maritime

Claims of the Federal Rules of Procedure ("Rule B"); and

**WHEREAS**, this Process of Maritime Attachment and Garnishment issued following the Court's review of Plaintiff's Verified Complaint, verification, and *ex parte* application for issuance of process of maritime attachment and garnishment, pursuant to which the Court found the conditions of Rule B appear to exist and entered an Order so stating and authorizing issuance of process of maritime attachment and garnishment;

**NOW, THEREFORE**, you are hereby commanded that if the said Defendant cannot be found within the District, you attach the following pursuant to Supplemental Rule E(4) for Certain Admiralty and Maritime Claims of the Federal Rules of Procedure:

> All assets, cash, funds, credits, wire transfers, accounts, letters of credit, electronic fund transfers, freights, sub-freights, charter hire, sub-charter hire, or any other tangible and/or intangible assets belonging to, due, claimed by, being held for or on behalf of, or being transferred for the benefit of Defendant Global American Transport LLC within this District up to **USD $1,757,542.35**, and that the same be attached as may be found in the possession of garnishees or which are found in the possession or control of specific garnishee Inmotion Hosting, Inc., and/or any other garnishee within this District.

**YOU ARE FURTHER COMMANDED**, promptly after execution of this process, to file notice in this Court with your return thereon and mail a copy to

//
//
//
//
//

| | |
|---|---|
| 1 | the attorney at whose request the execution was completed (Neil B. Klein, |
| 2 | McKasson & Klein LLP, 18401 Von Karman Avenue, Suite 330, Irvine, CA 92612, |
| 3 | (949) 724-0200). |
| 4 |     WITNESS THE HONORABLE _____, United States |
| 5 | District Court, this \_\_\_ day of September 2024. |
| 6 |                                 By: _____ |
| 7 |                                     CLERK OF THE COURT |
| 8 |                                 BY: _____ |
| 9 |                                     Deputy Clerk |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |