Name and address:
Neil B. Klein, SBN 142734
neilk@mckassonklein.com
McKASSON & KLEIN LLP
18401 Von Karman Ave., Suite 330
Irvine, CA 92612
(949) 724-0200

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRNOGORSKA PLOVIDBA A.D. KOTOR <br><br> Plaintiff(s) <br> v. <br> GLOBAL AMERICAN TRANSPORT LLC <br><br> Defendant(s). | CASE NUMBER <br> 2:24-cv-07601 <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Simms, J. Stephen      of     Simms Showers LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*      201 International Circle
443-290-8704    410-510-1789                         Suite 230
*Telephone Number*    *Fax Number*                   Baltimore, Maryland 21030
jssimms@simmsshowers.com
*E-Mail Address*                                    *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Crnogorska Plovidba A.D. Kotor

*Name(s) of Party(ies) Represented*   ☒ *Plaintiff(s)*   ☐ *Defendant(s)*   ☐ *Other:* _____

and designating as Local Counsel

Klein, Neil B.      of     McKasson & Klein LLP
*Designee's Name (Last Name, First Name & Middle Initial)*   18401 Von Karman Avenue
142734    949-724-0200    949-724-0201               Suite 330
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*   Irvine, CA 92612
neilk@mckassonklein.com
*E-Mail Address*                                    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED:   ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application: _____
            ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
            ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

Dated _____                                    _____
                                                    U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1