# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Crnogorska Plovidba A.D. Kotor, <br><br> Plaintiff, <br><br> v. <br><br> Global American Transport LLC, <br><br> Defendant, et al. | Case No. 2:24-cv-07601-AB-AG <br><br> IN ADMIRALTY, Fed. R. Civ. P. 9(h) <br><br> **CLERK'S ENTRY OF JUDGMENT BY DEFAULT PURSUANT TO FED. R. CIV. P. 55(b)(1) – SUM CERTAIN** |

Upon the Clerk's October 25, 2024 entry of default pursuant to Fed. R. Civ. P. 55(a) against defendant Global American Transport, LLC, Dkt. 29, and the application of Plaintiff Crnogorska Plovidba A.D. Kotor ("Kotor") pursuant to Fed. R. Civ. P. 55(b)(1) for default judgment against Defendant Global American Transport, LLC in the sum certain amount of $1,010,434.79, default judgment hereby is entered against Defendant Global American Transport, LLC in favor of Plaintiff Crnogorska Plovidba A.D. Kotor ("Kotor") pursuant to Fed. R. Civ. P. 55(b)(1) in the amount of $1,010,434.79 (One Million, Ten Thousand Four Hundred Thirty Four United States Dollars and Seventy Nine Cents).

Clerk, U.S. District Court

By _____
Deputy Clerk

_____
Date