# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Crnogorska Plovidba A.D. Kotor,<br><br>　　Plaintiff,<br>v.<br><br>Global American Transport LLC,<br><br>　　Defendant, et al. | Case No. 2:24-cv-07601-AB-AGR<br><br>IN ADMIRALTY, Fed. R. Civ. P. 9(h)<br><br>**FINAL JUDGMENT BY DEFAULT** |

Upon the Court's consideration of the application of Plaintiff Crnogorska Plovidba A.D. Kotor ("Kotor") pursuant to Fed. R. Civ. P. 55(b)(1) for default judgment against Defendant Global American Transport, LLC [Dkt. 34] and issuance of its Order on February 24, 2025 granting Plaintiff's application [Dkt. 38], default judgment hereby is entered against Defendant Global American Transport, LLC in favor of Plaintiff Crnogorska Plovidba A.D. Kotor ("Kotor") pursuant to Fed. R. Civ. P. 55(b)(1) in the amount of $1,010,434.79 (One Million, Ten Thousand Four Hundred

Thirty-Four United States Dollars and Seventy-Nine Cents).  Pursuant to Fed. Civ. P 62(a) execution on this Final Judgment is not stayed.

_____
Hon. André Birotte Jr.
United States District Judge

<u>March 3, 2025</u>
Date

FINAL DEFAULT JUDGMENT